# United States Court of Appeals
## For the First Circuit

No. 03-1176

JESSE CAISSE,

Plaintiff, Appellant,

v.

LARRY E. DUBOIS, Individually and as the former Commissioner
of Correction; MICHAEL MALONEY, Individually and as the
present Commissioner of Correction; JOHN NOONAN, Individually
and as Director of Health Care Services Division;
DIANE SILVER, Individually and as Director of Classification Division;
MICHAEL J. ASHE, Individually and as Sheriff of Hampden
County Correctional Center; JOHN DOE, Individually and as
Sheriff of Hampshire County Sheriff's Office; WILLIAM H. COALTER,
Individually and as Superintendent of MCI/Concord; UNKNOWN
MEMBERS OF HAMPDEN COUNTY CORRECTIONAL CENTER, Individually and
in their official capacities; UNKNOWN STAFF MEMBERS OF
HAMPSHIRE COUNTY SHERIFF'S OFFICE, Individually and
in their official capacities; UNKNOWN MEMBERS OF MCI/CONCORD,
Defendants, Appellees.

ERRATA

The opinion of the court issued on October 6, 2003, is amended as follows:

On page 11, line 3, insert "the" between "on" and "merits"

On page 12, line 3, insert "727" after "721"